1913.) Proceeding by the People of the State of New York, on the relation of Ralph Allocca, against the Warden of the City Prison. No opinion. Motion for stay denied.

PEOPLE ex rel. BEAVER v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Proceeding by the People of the State of New York, on the relation of Louis A. Beaver, against Rhinelander Waldo, as Commissioner. W. O'Shaughessy, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant, v. DRAPER, Com'r, et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Proceeding by the People of the State of New York, on the relation of the Board of Education of the City of New York, against Andrew S. Draper, as Commissioner of Education of the State of New York, and William H. Maxwell, City Superintendent, etc. No opinion. Order (78 Misc. Rep. 329, 138 N. Y. Supp. 351) unanimously affirmed, with costs.

PEOPLE ex rel. BRETSCH v. BOARD OF EDUCATION OF CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Proceeding by the People of the State of New York, on the relation of Homer L. Bretsch, against the Board of Education of the City of New York and others. No opinion. Order affirmed, with $10 costs and disbursements, in the exercise of discretion.

PEOPLE ex rel. CAMPBELL, Respondent, v. COLE et al., Appellants (two cases). (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Proceedings by the People of the State of New York, on the relation of William Campbell, against John E. Cole, as Commissioner of Public Safety, William P. Faust, or his successor, as Health Officer, and others. No opinion. Order affirmed, without costs.

PEOPLE ex rel. CURTIN, Respondent, v. THOMPSON, Com'r, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Proceeding by the People of the State of New York, on the relation of Daniel A. Curtin, against Henry S. Thompson, as Commissioner. E. S. Benedict, of New York City, for appellant. A. J. Talley, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted to extent stated in order. Order filed. See, also, 141 N. Y. Supp. 1141.

PEOPLE ex rel. CURTIN, Respondent, v. THOMPSON, Com'r, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Proceeding by the People of

the State of New York, on the relation of Daniel A. Curtin, against Henry S. Thompson, as Commissioner. E. S. Benedict, of New York City, for appellant. A. J. Talley, of New York City, for respondent. No opinion. Order and judgment affirmed, with costs. Order filed. See, also, 141 N. Y. Supp. 1141.

PEOPLE ex rel. GOEHNER, Appellant, v. WARDEN OF DISTRICT PRISON, Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Proceeding by the People of the State of New York, on the relation of George Goehner, against the Warden of the District Prison. D. M. Neuberger, of New York City, for appellant. Wm. J. Millard, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. HICKEY v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Proceeding by the People of the State of New York, on the relation of Joseph C. Hickey, against Rhinelander Waldo, as Commissioner. S. H. Stuart, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. HUNT, Respondent, v. FAYETTEVILLE & S. R. & T. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Proceeding by the People of the State of New York, on the relation of William C. Hunt, against the Fayetteville & Syracuse Railroad & Turnpike Company. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. MACK, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York, on the relation of John Mack, against the Warden of the City Prison. No opinion. Motion to dismiss appeal granted.

PEOPLE ex rel. McKEAGNEY v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Proceeding by the People of the State of New York, on the relation of James McKeagney, against Rhinelander Waldo, as Commissioner. V. L. Leibell, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. O'CONNOR v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Proceeding by the People of the State of New York, on the relation of William M. O'Connor, against Rhinelander Waldo, as Police Commis-